## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 13-5799 |
| | : | (07-CR-0040-03) |
| DOROTHY PRAWDZIK | : | |

## O R D E R

**AND NOW,** this   6th   day of October, 2014, upon careful consideration of the

defendant's *pro se* motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §

2255 (Document #269), and the government's response thereto (Document #281), IT IS

HEREBY ORDERED that the motion is DENIED in its entirety without a hearing.

IT IS FURTHER ORDERED that because Ms. Prawdzik has failed to make a

substantial showing of the denial of a constitutional right, no certificate of appealability

shall issue.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.